**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **CHRISTOPHER G. GRANT et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **No. 3:08-cv-332** |
| ) | **(Phillips)** |
| **LAFARGE NORTH AMERICA, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**MEMORANDUM AND ORDER**

On August 21, 2009, the Honorable H. Bruce Guyton, United States Magistrate

Judge, filed a nine-page Report and Recommendation ("R&R") [Doc. 26] in which he

recommended that Defendants' Motion to Dismiss for Failure to Cooperate in Discovery

[Doc. 19] be granted.

Neither party objected to Judge Guyton's R&R [Doc. 26]. There being no timely

objections, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the

magistrate judge, the R&R [Doc. 26] filed by Judge Guyton is hereby **ACCEPTED IN**

**WHOLE**. Consequently, Defendants' Motion to Dismiss [Doc. 19] is **GRANTED**, and

Plaintiffs' claims against Defendants are **DISMISSED WITH PREJUDICE**.

In addition, the court **ORDERS** that Plaintiffs pay the reasonable attorney's fees and

costs that Defendants incurred in attempting to resolve the discovery disputes. Fed. R. Civ.

1

P. 37(b)(2)(C) and 37(a)(5).  Defendants recently filed an Application for Attorney's Fees [Doc. 27], in which they requested $8,887.50. To determine whether the amount requested by Defendants is "reasonable," this issue has been **REFERRED** to the Honorable H. Bruce Guyton, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and the Rules of this Court, for disposition or for a report and recommendation as may be appropriate.

**IT IS SO ORDERED**.

ENTER:

s/ Thomas W. Phillips
United States District Judge